[No. 71799-5-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MATTHEW HOPPER, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 71831-2-I.   Division One.   June 8, 2015.]

*In the Matter of the Marriage of* GARY RICHARDSON, *Respondent*, and LILY FU, *Appellant*.

*Remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71832-1-I.   Division One.   June 8, 2015.]

ROBERT E. ORDAL, *as Trusteee*, ET AL., *Plaintiffs*, v. FIRST AMERICAN TITLE INSURANCE COMPANY, *Defendant*.

BYONG JIK CHOI ET AL., *Appellants*, v. CHRISTOPHER D. ADAMS ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.